UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  05-20265-CIV-MARTINEZ-BANDSTRA**

COMMERCIAL JET, INC., a Florida
Corporation,

    Plaintiff,

vs.

WREN EQUIPMENT FINANCE LTD., a
foreign corporation,

    Defendant.
_____/

**ORDER REQUIRING COMPLETION OF FORM
CONSENTING TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION**

THIS CAUSE came before the Court *sua sponte*.  In light of the advantages offered by trial before a Magistrate Judge, such as a specially-set trial date, the parties are urged to consider consenting to magistrate jurisdiction for trial with their respective clients. It is, therefore

**ORDERED AND ADJUDGED** that

If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as **Attachment A.**  The forms shall be filed **on or before October 23, 2006**.  If the parties do not consent, the parties may instead jointly file a Notice of Non-Consent **on or before October 23, 2006**.  If the parties do not consent, the parties should NOT inform the Court which parties either do or do not consent.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of October, 2006.

                                                                               JOSE E. MARTINEZ
                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  05-20265-CIV-MARTINEZ-BANDSTRA**

COMMERCIAL JET, INC., a Florida Corporation,

    Plaintiff,

vs.

WREN EQUIPMENT FINANCE LTD., a foreign corporation,

    Defendant.

_____/

**ELECTION TO JURISDICTION BY A**
**<u>UNITED STATES MAGISTRATE JUDGE FOR TRIAL</u>**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| | |
|---|---|
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |

[ATTACHMENT A]